UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH TERNA YAKOBU

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

RIVER PLACE II, LLC (owner)
TFC Cornstone Properties (owner)
MICROSOFT CORP

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☑ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

UNLAWFUL SURVEILLENCE
CYBER HARRASSMENT
SEXUAL HARASSMENT

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __RUTH YAKUBU__ , is a citizen of the State of
(Plaintiff's name)

NEW YORK
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

NYC .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of

(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, MICROSOFT, RIVER PLACE; LLC, TFC cornstone , is incorporated under the laws of

the State of New York _____

and has its principal place of business in the State of Seattle, New York

or is incorporated under the laws of (foreign state) Seattle, New York

and has its principal place of business in NEW YORK _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

RUTH ___ T ___ YAKUBU ___

First Name       Middle Initial       Last Name

_____

Street Address

| County, City | State | Zip Code |

646-476-1637              RU YAKUBU @ HOTMAIL·Com

Telephone Number              Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name                         Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                         State                         Zip Code

Defendant 2:

First Name                         Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                         State                         Zip Code

Defendant 3:

First Name                         Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                         State                         Zip Code

Defendant 4: _____

    First Name                Last Name

    Current Job Title (or other identifying information)

    Current Work Address (or other address where defendant may be served)

    County, City            State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: The Maxx apartment, Silver Tower and Microsoft offices (Time Squar)

Date(s) of occurrence: Feb 2nd, 2022 — Present

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I ~~explained~~ experienced both physical and cyber harrasement in my apartment, at Microsoft office, and My electronic devices. The cyber harrass started in 2022 where work laptop was constantly hacked into. When this was going on My neighborhood would simultaneous start stompping at the floor above or next to me. In addition, I would have random phone call at the same time. I reported to management at the Maxx apartment, but my complain were ignored. I tried recording

a lot of the abnormal computer behaviors from the. my Microsoft laptop, and stored multiple evidence in my laptop and external harddrive, but the evidence was tampered by someone entering my apartment and erasing the evidence. I had multiple people stalking me and random strangers mocking me on the streets of New York. When I moved to Silver towers apt, the behavior continued

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Panic Attacks ⟶ prozac,

Depression

Anxiety

Loss of Employment

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10/4/24
Dated

Plaintiff's Signature

First Name                    Middle Initial          Last Name

Street Address

County, City                              State              Zip Code

646-476-1637                                    RUVAKUBU @ Hotmail.com
Telephone Number                              Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.