**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RUTH TERNA YAKOBU,

                Plaintiff,

      -against-                                24 **CIVIL** 7732 (LLS)

                                               **JUDGMENT**

RIVER PLACE II, LLC; TFC CORNSTONE
PROPERTIES (OWNER); MICROSOFT CORP.,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated May 12, 2025, Plaintiff's complaint, filed *in forma pauperis*

under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

accordingly, the case is closed.

**Dated:**  New York, New York

        May 15, 2025

                                      **TAMMI M HELLWIG**
                                  _____
                                      **Clerk of Court**

                **BY:**            K. mango
                                  _____
                                       **Deputy Clerk**